# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 21, 2017

154364

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

GRASS LAKE IMPROVEMENT BOARD,
       Petitioner-Appellant,

v

DEPARTMENT OF ENVIRONMENTAL
QUALITY,
       Respondent-Appellee.

SC:  154364
COA:  326571
Ingham CC:  2014-001064-AA

_____/

On order of the Court, the application for leave to appeal the July 21, 2016 judgment of the Court of Appeals is considered.  We direct the Clerk to schedule oral argument on whether to grant the application or take other action.  MCR 7.305(H)(1). The parties may file supplemental briefs within 42 days of the date of this order.  They should not submit mere restatements of their application papers.

WILDER, J., did not participate because he was on the Court of Appeals panel.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 21, 2017



p0614

                      Clerk